```
 1  STRADLING YOCCA CARLSON & RAUTH
    Marc J. Schneider (SBN 214609)
 2  Amy S. Williams (SBN 228853)
    Thomas H. Kao (SBN 241528)
 3  Susan M. Logan (SBN 253632)
    660 Newport Center Drive, Suite 1600
 4  Newport Beach, CA  92660-6422
    Email: awilliams@sycr.com
 5  Telephone: (949) 725-4000
    Facsimile: (949) 725-4100
 6  Attorneys for Plaintiffs
    HANDS ON VIDEO RELAY SERVICES, INC.
 7  And PURPLE COMMUNICATIONS, INC.,
    f/k/a GOAMERICA, INC.
 8

 9  STEVENS, O'CONNELL & JACOBS LLP
    Charles J. Stevens (SBN 106981)
10  Todd M. Noonan (SBN 172962)
    Daniel J. Croxall (SBN 258390)
11  400 Capitol Mall, Suite 1400
    Sacramento, CA  95814
12  Email:  tmn@sojllp.com
    Telephone: (916) 329-9111
13  Facsimile:  (916) 329-9110
    Attorneys for Defendants
14  AMERICAN SIGN LANGUAGE
    SERVICES CORP.; GRACIAS VRS, LLC; and
15  ANGELA ROTH
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANDS ON VIDEO RELAY SERVICES, INC., a Delaware corporation, and PURPLE COMMUNICATIONS, INC., f/k/a GOAMERICA, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SIGN LANGUAGE SERVICES CORP., a Florida corporation; GRACIAS VRS, LLC, a Florida limited liability company; ANGELA ROTH, an individual; and Does 1-25, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  2:09-CV-00996-LKK-DAD<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM OF AMERICAN SIGN LANGUAGE SERVICES CORP.** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM
DOCSOC/1363420v2/101115-0004

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, this Court issued a ruling on Plaintiffs' Motion to Dismiss the Counterclaim ("Counterclaim") of American Sign Language Services Corporation ("ASLS") on or about August 12, 2009 (the "Order");

4     WHEREAS, the parties to the above-captioned matter have been focusing on their respective document productions; and

6     WHEREAS, Plaintiffs desire a brief extension of time to complete their answer to the Counterclaim, and represent that no extension of time has previously been sought in this regard following entry of the Order;

9     ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT:

10     Plaintiffs shall have through and including September 14, 2009 to file and serve their Answer to ASLS' Counterclaim.

12     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 1, 2009

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/ Susan M. Logan
Susan M. Logan
Attorneys for Plaintiffs
HANDS ON VIDEO RELAY SERVICES, INC. and PURPLE COMMUNICATIONS, INC., f/k/a GOAMERICA, INC.

Dated: September 1, 2009

STEVENS, O'CONNELL & JACOBS LLP

By: /s/ Todd M. Noonan
Todd M. Noonan
Attorneys for Defendants
AMERICAN SIGN LANGUAGE SERVICES CORPORATION; GRACIAS VRS, LLC, and ANGELA ROTH

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

DOCSOC/1363420v2/101115-0004

PDF created with pdfFactory trial version www.pdffactory.com

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: September 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2

STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

DOCSOC/1363420v2/101115-0004

PDF created with pdfFactory trial version www.pdffactory.com