1  Marc J. Schneider (SBN 214609)
   Amy S. Williams (SBN 228853)
2  Susan M. Logan (SBN 253632)
   STRADLING YOCCA CARLSON & RAUTH
3  660 Newport Center Drive, Suite 1600
   Newport Beach, CA  92660-6422
4  Telephone: (949) 725-4000
5  Facsimile: (949) 725-4100

6  Attorneys for Plaintiffs
   HANDS ON VIDEO RELAY SERVICES, INC.
7  And PURPLE COMMUNICATIONS, INC., f/k/a GOAMERICA, INC.

8  STEVENS, O'CONNELL & JACOBS LLP
   CHARLES J. STEVENS (SBN 106981)
9  TODD M. NOONAN (SBN 172962)
   DANIEL J. CROXALL (SBN 258390)
10 400 Capitol Mall, Suite 1400
   Sacramento, CA  95814
11 Email:  tmn@sojllp.com
   Telephone: (916) 329-9111
12 Facsimile:  (916) 329-9110

13 Attorneys for Defendants
   AMERICAN SIGN LANGUAGE
14 SERVICES CORPORATION; GRACIAS VRS,
   LLC, and ANGELA ROTH

15                         UNITED STATES DISTRICT COURT
16                         EASTERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  HANDS ON VIDEO RELAY SERVICES, INC., a Delaware corporation, and PURPLE COMMUNICATIONS, INC., f/k/a GOAMERICA, INC., a Delaware Corporation,<br><br>20              Plaintiffs,<br><br>21        v.<br><br>22  AMERICAN SIGN LANGUAGE SERVICES CORP., a Florida corporation; GRACIAS VRS, LLC, a Florida limited liability company; ANGELA ROTH, an individual; and Does 1-25, inclusive,<br><br>25              Defendants.<br><br>26<br>27  AND RELATED COUNTERCLAIM.<br>28 | Case No.  2:09-CV-00996-LKK-DAD<br><br>STIPULATION FOR DISMISSAL OF ACTION, INCLUDING COUNTERCLAIM |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41, Plaintiffs and counterclaim Defendants Hands on Video Relay Services, Inc., and Purple Communications, Inc., f/k/a GoAmerica, Inc. ("Plaintiffs"), Defendant and Counterclaimant American Sign Language Services Corporation ("ASLS"), and Defendants Gracias VRS, LLC and Angela Roth ("Defendants"), by and through their counsel of record, hereby stipulate to the dismissal with prejudice of the entire action, including Plaintiffs' Complaint and Defendant ASLS' Counterclaim, with each side to bear their own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  January 5, 2010         STRADLING YOCCA CARLSON & RAUTH
                                A Professional Corporation


                                By:  /S/ Marc J. Schneider (authorized 1/5/10)
                                     Marc J. Schneider
                                     Attorney for Plaintiffs
                                     HANDS ON VIDEO RELAY SERVICES,
                                     INC. and PURPLE COMMUNICATIONS,
                                     INC., f/k/a GOAMERICA, INC.


Dated:  January 5, 2010         STEVENS, O'CONNELL & JACOBS LLP


                                By:  /S/ Todd M. Noonan
                                     Todd M. Noonan
                                     Attorney for Defendants
                                     AMERICAN SIGN LANGUAGE
                                     SERVICES CORPORATION; GRACIAS
                                     VRS, LLC, and ANGELA ROTH


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 6, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com